UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CR-08-057-RHW-1 |
| Vs. ) | ORDER ON MOTION TO RECONSIDER ORDER OF DETENTION AND ON MOTION TO EXPEDITE |
| ROBERT ANDREW DELAO, ) | |
| Defendant. ) | |

THIS MATTER came on for hearing before the court on Defendant's [1] Motion to Reconsider Order of Detention **(Ct. Rec. 122)** and [2] Motion to Expedite **(Ct. Rec. 123);** and the court having reviewed the reasons for the request and otherwise being fully advised in the premises, NOW, THEREFORE,

**IT IS ORDERED**:

1.   Defendant's Motion to Expedite **(Ct. Rec. 123)** is **GRANTED.**

2.   Defendant's Motion to Reconsider Order of Detention **(Ct. Rec. 122)** is **GRANTED.**

3.   The condition of release requiring Mr. Delao to be monitored by an Electronic Home Monitoring device is removed. All other conditions of release shall remain in full force and effect.

DATED October 24, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER    1