UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ROBERT ANDREW DELAO,<br><br>　　Defendant. | NO.  CR-08-057-RHW-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** |

　　Before the Court are Defendant's Motion to Modify Conditions of Release (Ct. Rec. 136) and Motion to Expedite Hearing thereupon (Ct. Rec. 137). These motions were heard on an expedited basis without oral argument. Defendant seeks permission to travel to Los Angeles for two days, and represents that the Government and Defendant's U.S. Probation Officer do not object.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1. Defendant's Motion to Modify Conditions of Release (Ct. Rec. 136) is **GRANTED.**

　　2. Defendant's Motion to Expedite Hearing (Ct. Rec. 137) is **GRANTED.**

　　3. The condition of release requiring Defendant not to leave this district shall be modified so that he may travel to Los Angeles, California, to visit his ailing grandfather for two days. All travel plans shall be coordinated directly through United States Probation Officer Anne Sauther. All other conditions of release shall remain in full force and effect.

///

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** \* 1

1  **IT IS SO ORDERED**. The District Court Executive is directed to enter this
2  Order and forward copies to counsel and the United States Probation Office.
3  **DATED** this 25th day of March, 2009.

4

5                              *s/Robert H. Whaley*
                                ROBERT H. WHALEY
6                          Chief United States District Judge

7  Q:\CRIMINAL\2008\08-057\Delao\grant.modify.ord.wpd

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF RELEASE** * 2