PROB 12C
(7/93)

Report Date: October 3, 2014

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2014

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Andrew Delao        Case Number: 2:08CR00057-RHW-1

Address of Offender:        Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: July 28, 2010

Original Offense:    Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 36 months;            Type of Supervision: Supervised Release
                     TSR - 120 months

Asst. U.S. Attorney:  Aine Ahmed               Date Supervision Commenced: November 23, 2011

Defense Attorney:     Federal Defenders         Date Supervision Expires: November 22, 2021

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| 3 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

**Supporting Evidence**: Robert Delao was arrested on multiple new federal offenses on September 17, 2014. According to the indictment, the offender is being charged with Murder-For-Hire, in violation of 18 U.S.C. § 1958(a); four counts of Conspiracy to Commit Murder-For-Hire, in violation of 18 U.S.C. § 1958(a); four counts of Solicitation to Commit the Murder-For-Hire, in violation of 18 U.S.C. § 373; and Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 841.

Prob12C
Re: Delao, Robert Andrew
October 3, 2014
Page 2

The indictment details the offender's involvement in the above-mentioned crimes, as well as his contact with multiple convicted felons and persons engaged in numerous criminal activities.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/03/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

October 6, 2014
Date